**ORIGINAL**

# UNITED STATES DISTRICT COURT
# NORTHEN DISTRICT OF TEXAS

FILED
2022 MAY -5  PM 12: 41

DEPUTY CLERK

| | |
|---|---|
| **DE-ERIC COOPER** | ) **JURY TRIAL DEMANDED** |
| Plaintiff, | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) **3-22CV1011-D** |
| | ) |
| **CREDIT MANAGEMENT, LP AND** | ) |
| **NATIONWIDE RECOVERY SYSTEMS,** | ) |
| **LTD. AND MBA-LAW AND CREDIT** | ) |
| **SYSTEMS INTERNATIONAL, INC.** | ) |
| Defendant. | ) |

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

## I.    INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff De-Eric Cooper, an individual consumer, against Defendants, Credit Management, LP Nationwide Recovery Systems Ltd. (NRS), MBA-LAW and Credit Systems International, Inc. (CSII) for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.    JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendant transact business in Dallas, Dallas County, Texas, and the conduct complained of occurred in Dallas, Dallas County, Texas.

### III.   PARTIES

3. Plaintiff De-Eric Cooper (Hereinafter "Mr. Cooper") is a natural person residing in Dallas, Dallas County, Texas. Mr. Cooper is a consumer as defined by the Fair Debt Collection Practice Act, 15 U.S.C 1692a(6) Mr. Cooper has been assigned 100 percent of these claim(s) above from Michael Egans ('Hereinafter "Mr. Egans")

4. Mr. Egans is allegedly obligated to pay an obligation to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes. Mr. Egans is allegedly obligated to pay a "Debt" as defined by15 usc§1692a(5).

5. Upon information and belief, Defendant Credit Management, LP. is a Texas corporation with its principal place of business located at 6080 Tennyson Parkway, Suite100 Plano, Texas 75024

6. Upon information and belief, Defendant Nationwide Recovery Systems, Ltd. (NRS) is a Texas corporation with its principal place of business located at 501 Shelly Dr. #300 Tyler, Texas 75701

7. Upon information and belief, Defendant MBA-LAW is a Texas corporation with its principal place of business located at 3400 Texoma Parkway Suite 100 Sherman, Texas 75090.

8. Upon information and belief, Defendant Credit Systems International, Inc. (CSII) is a Texas corporation with its principal place of business located at 1277 Country Club, Texas 76112.

9. Defendants Credit Management, LP, Nationwide Recovery Systems, Inc. (NRS), MBA-LAW, and Credit Systems International Inc. (ICII) are engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

## IV.    FACTS OF THE COMPLAINT

10. Defendants Credit Management, LP, Nationwide Recovery Systems, Inc. (NRS), MBA-LAW, and Credit Systems International Inc. (ICII) (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

11.  In the month of March 2022, Mr. Egans reviewed his credit report on "Credit Karma."

12.  On the credit report, Mr. Egans observed a trade line from the Debt Collectors.

13.  Debt Collector Credit Management, LP reported furnished a trade line of $236, allegedly owed to Ambit Energy.

14.  Debt Collector Credit Systems International, Inc. (CSII) reported furnished a trade line of $75, allegedly owed to Coserve Electric/Coserve Gas.

15.  Debt Collector MBA-LAW reported furnished a trade line of $85, allegedly owed to Radiology Partners.

16.  Debt Collector Nationwide Recovery Systems, Inc (NRS) reported furnished a trade line of $1,016, allegedly owed to Ray Hubbard Phys.

17.  Mr. Egans made disputes via telephone about the accounts in questions, However on May 3 2022. Mr. Egans re-checked his credit reports and although the debt collectors had several communications with consumer reporting agencies, the Debt Collectors failed to communicate the alleged debts in questions where disputed by Mr. Egans.

18.  Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of

Mr. Egans and caused severe humiliation, emotional distress, mental anguish, and lower FICO Scores.

A debt reported without dispute results in a much lower credit score than a report of both the debt and the dispute. Saunders v. Branch Banking and Trust Co. of VA, 526 F 3d 142, 146-47 (4th Cir. 2008)

## V.    FIRST CLAIM FOR RELIEF
### (Defendants Credit Management, LP and Nationwide Recovery Systems Ltd. and MBA-LAW and Credit Systems International, Inc.)
### 15 U.S.C. §1692e(8)

19.   Mr. Cooper re-alleges and reincorporates all previous paragraphs as if fully set out herein.

20.   The Debt Collector violated the FDCPA.

21.   The Debt Collector's violations include, but are not limited to, the following:

15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that the alleged debt was in dispute by Mr. Egans

22.   As a result of the above violation of the FDCPA, the Defendant is liable to Mr. Cooper actual damages, statutory damages, and cost.

## VI.    JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Cooper respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(3)

D. For a deletion and further relief as the Court may deem just and proper.


Respectfully submitted:

De-Eric Cooper
5353 Keller Springs Rd. #2523
Dallas, Tx 75248
214-991-8205
deericc@yahoo.com

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

3-22CV1011-D

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| De-Eric Cooper | Credit Management, LP and Nationwide Recovery Systems Ltd. and MBA-LAW and Credit Systems International, Inc. |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
5353 Keller Springs Rd. #2523
Dallas, TX 75248

Attorneys *(If Known)*

RECEIVED
MAY - 5 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | **LABOR** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 751 Family and Medical Leave Act | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 790 Other Labor Litigation | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | [ ] 791 Employee Retirement Income Security Act | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | |
| | | [ ] 550 Civil Rights | | |
| | | [ ] 555 Prison Condition | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | |

*(FEDERAL TAX SUITS column:)*
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692

Brief description of cause:
Failure to report debt as disputed

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  4/5/22

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___