IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DE-ERIC COOPER, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:22-CV-1011-D |
| VS. | § |
| | § |
| CREDIT MANAGEMENT, LP, et al., | § |
| | § |
| Defendants. | § |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed December 29, 2022, it is ordered and adjudged that plaintiff De-Eric Cooper's ("Cooper's") actions against defendants Credit Management, LP, Nationwide Recovery Systems, Ltd., The Law Offices of Mitchell D. Bluhm & Associates, LLC, and Credit Systems International, Inc. are dismissed with prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against Cooper.

Done at Dallas, Texas March 23, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE